**FILED**
CLERK, U.S. DISTRICT COURT

6/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | CR 2:21-cr-00293-DMG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1542]

On or about June 11, 2019, in Los Angeles County, within the Central District of California, defendant MAHSA PARVIZ willfully and knowingly made a false statement in an application for a United States passport, with intent to induce and secure for the use of another person the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant PARVIZ stated that she was the legal

parent for C.P., and submitted a letter by C.P.'s purported physician, B.B., claiming C.P. required emergency overseas travel for medically necessary operations and could not personally appear for the application process without posing an unsurmountable risk to C.P.'s health, whereas, in fact, as defendant PARVIZ then knew, her parental rights over C.P. had been terminated, B.B. was not C.P.'s physician, C.P. did not require emergency overseas travel for medically necessary operations, and C.P. could not personally appear for the application process because C.P. was in the custody of the State of Texas and not because there would be a risk to C.P.'s health.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about June 11, 2019, in Los Angeles County, within the Central District of California, defendant MAHSA PARVIZ knowingly used, without lawful authority, a means of identification that defendant PARVIZ knew belonged to another person, namely, the name of victim B.B., during and in relation to the offense of False Statement in a Passport Application, a felony violation of Title 18, United States Code, Section 1542, as charged in Count One of this Indictment.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count One of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

//

//

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                                   A TRUE BILL

                                                   /S/
                                          Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SUSAN S. HAR
Assistant United States Attorney
General Crimes Section