Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK U.S. DISTRICT COURT

6/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

Case Number   2:21-cr-00293-DMG

Defendant Number   1

U.S.A.  v.  Mahsa Parviz

Year of Birth   1992

☑ Indictment          ☐ Information

Investigative agency (FBI, DEA, etc.)   Dept of State

**NOTE:  All items MUST be completed.  If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   June 11, 2019

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in
   (CHECK **ALL** THAT APPLY):

☑ Los Angeles       ☐ Ventura

☐ Orange            ☐ Santa Barbara

☐ Riverside         ☐ San Luis Obispo

☐ San Bernardino    ☐ Other _____

Citation of Offense   18 USC 1542; 18 USC 1028A(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions
   giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and
the same transaction or series of transactions been previously
filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related
if a previously filed indictment or information and the present
case:

a. arise out of the same conspiracy, common scheme,
   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would
   entail substantial duplication of labor in pretrial, trial or
   sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED
CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide Name: _____

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number   _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on   _____

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment or
Information?
☐ Yes        ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE
MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS
FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☐ Male   ☑ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☑ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other   identity theft

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district: _____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number: _____

d. ☐ Solely on this charge.  Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date    06/17/2021

Signature of Assistant U.S. Attorney
Susan Har
Print Name