# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED 2021 JUL 12 AM 9:43 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF | **CASE NUMBER:** PF-2021-00057 |
| v. MAHSA PARVIZ | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT       2:21-cr-00293-DMG

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/12/2021, 0530hrs    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1542 - FALSE STATEMENTS IN A PASSPORT APPLICATION

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1992

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: VIVIAN VILLEGAS

10. Remarks (if any): ___

11. Name: SA MARON KIM   (please print)

12. Office Phone Number: 323-203-7850

13. Agency: DSS

14. Signature: [signature]

15. Date: 07/12/2021

CR-64 (2/14)                           REPORT COMMENCING CRIMINAL ACTION