GAIL IVENS (Bar No. 116806)
Attorney at Law
P.O. Box 2033
Monterey, CA 93940
Telephone: (213) 247-5282
g.ivens.attorney@gmail.com

Attorney for Defendant-Appellant
Mahsa Parviz

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | Case No. 21-00293-SB<br><br>**Ex Parte Application Re: Request for Access to Sealed Defense Sentencing Exhibit(s); Declaration of Counsel** |

Defendant-Appellant Mahsa Parviz, by and through her appointed appellate attorney of record, Attorney Gail Ivens, hereby files this ex parte application requesting that the *sealed* defense sentencing exhibit(s) be provided to appellate counsel. Multiple attempts to obtain these documents from sentencing counsel Ken Behzadi have been unsuccessful.

The reasons for this request are contained in the attached declaration of counsel.

                                              Respectfully submitted,

March 20, 2023                        By: *s/ Gail Ivens*
                                              GAIL IVENS
                                              Attorney at Law
                                              Appellate Counsel for Mahsa Parviz

**Declaration of Gail Ivens**

I declare under penalty of the perjury that to the best of my knowledge this is true:

1. I am an attorney licensed to practice in the State of California and admitted in the Central District of California. I was appointed by the Ninth Circuit to represent Mahsa Parviz on the appeal from her conviction and sentencing.

2. Sentencing counsel Ken Behzadi applied to the Court for appointment of a psychiatrist to examine Ms. Parviz and provide a report. He submitted that report under seal in connection with his sentencing memorandum. (CR 113.) I do not know if he submitted any additional exhibits under seal.

3. I have requested a copy of the sealed sentencing exhibits, including but not limited to Dr. Saint Martin's report, from Mr. Behzadi, but he has ignored my requests. My brief is due March 30, 2023, and I want to review the report and any other sealed defense sentencing filings prior to finalizing the issues in the brief. I am therefore asking that the Court provide me with a copy. Because it is sealed, if I do submit it to the Ninth Circuit as part of the record on appeal, I will submit it in a sealed excerpt.

4. On January 24, 2023, Assistant United States Attorney Jenna Long, who, along with Kathrynne Seiden, represents the Government in this matter, informed me via e-mail that they do not oppose the relief requested in this ex parte application.

DATED:   March 20, 2023         *s/ Gail Ivens*
                                GAIL IVENS

2