

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 23-50008 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:21-cr-00293-SB-1 |
| v. | Central District of California, Los Angeles |
| MAHSA PARVIZ, | ORDER |
| Defendant-Appellant. | |

Before:   CANBY, CALLAHAN, and OWENS, Circuit Judges.

Appellee's motion for summary affirmance (Docket Entry No. 14) of the district court's indicative ruling denying compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) is granted. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard); *see also United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021) (§ 3582(c)(1) sentence reduction decisions are reviewed for abuse of discretion).

All other pending motions are denied.

**AFFIRMED.**

OSA106