KARYN H. BUCUR
Attorney at Law
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, California 92653
Tel: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant
MAHSA PARVIZ
Under the Criminal Justice Act

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 21 CR 00293-SB |
|---|---|
| Plaintiff, | Ninth Circuit: CA 22-50160 |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR AN ORDER GRANTING BAIL PENDING APPEAL |
| MAHSA PARVIZ, | |
| Defendant. | COURT: Hon. Stanley Blumenfeld, Jr. |

GOOD CAUSE APPEARING, the Court grants defendant Mahsa Parviz' application for bail pending appeal on the following terms and conditions to be determined by the Court:

IT IS SO ORDERED.

DATED: _____, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

Case Name: **U.S. v. Parviz**   Case No.: 21-293 SB

I hereby certify that on December    , 2023, I electronically filed the foregoing documents with the Clerk of the Court by using the appellate CM/ECF system:

DEFENDANT MAHSA PARVIZ PROPOSED ORDER GRANTING APPLICATION FOR BAIL PENDING APPEAL

All of the participants in this case are registered CM/ECF users. They will be served by the appellate CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 11, 2023, at Laguna Hills, California.

December 11, 2023

S/Karyn H. Bucur