KARYN H. BUCUR
Attorney at Law
State Bar No. 158608
24881 Alicia Parkway, #E-193
Laguna Hills, California 92653
Tel: (949) 472-1092
Email: khbucur@cox.net

Attorney for Defendant
Ms. MAHSA PARVIZ

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00293-SB |
|---|---|
| Plaintiff, | Ninth Circuit: CA 22-50160 |
| v. | DEFENDANT MAHSA PARVIZ' REQUEST FOR AN EXTENSION OF TIME TO JANUARY 10, 2024 TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR BAIL PENDING APPEAL; DECLARATIONS OF KARYN H. BUCUR, |
| MAHSA PARVIZ, | |
| Defendant. | PROPOSED ORDER LODGED SEPARATELY |

**REQUEST FOR AN EXTENSION OF TIME TO JANUARY 10, 2024 TO FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER FOR BAIL PENDING APPEAL**

On December 11, 2023, defendant Parviz filed an ex parte application for bail pending appeal. On December 12, 2023, this Court ordered the government to file an opposition by December 29, 2023. The Court further ordered defendant to file a reply by January 5, 2024.

Defense counsel respectfully requests an extension of time to

January 10, 2024 to file a reply. Defense counsel has a pre-planned family vacation from December 29, 2023 and returning on January 5, 2024.

On December 18, 2023, counsel contacted Jenna W. Long, AUSA by email to inquire of the government's position to this request. Ms. Long informed counsel that the government does not oppose this request for an extension of time to file the reply brief by January 10, 2024.

**CONCLUSION**

For the foregoing reasons, defendant Parviz respectfully requests that that this Court grant this request for an extension of time and order that any reply brief be filed by January 10, 2024.

Dated: December 19, 2023

Respectfully submitted,

By: /s/ Karyn H. Bucur
Attorney for Defendant

DECLARATION OF KARYN H. BUCUR

I, Karyn H. Bucur, declare as follows:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California and in this Court.

2. I was appointed to represent Ms. Parviz on appeal in case number 22-50160.

3. I am respectfully requesting an extension of time to file the reply brief to the Government's opposition to the ex parte application for bail pending appeal. I am making this request because I will be on a family vacation from December 29, 2023 and retuning on January 5, 2024.

4. On December 18, 2023, I contacted Jenna W. Long, AUSA, to inquire of the Government's position concerning this request for an extension of time. Ms. Long informed counsel that the Government does not oppose the request for an extension of time to file a reply to January 10, 2024.

I declare under penalty of perjury that the foregoing is true and correct to best of my knowledge.

Dated: December 19, 2023

Respectfully submitted,

By: /s/ Karyn H. Bucur
Attorney for Defendant

DEFENDANT PARVIZ' REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY

3

CERTIFICATE OF SERVICE

Case Name:  **U.S. v. Parviz**   Case No.: 21-293 SB

I hereby certify that on December 19, 2023, I electronically filed the foregoing documents with the Clerk of the Court by using the appellate CM/ECF system:

DEFENDANT MAHSA PARVIZ' REQUEST FOR AN EXTENSION OF TIME TO JANUARY 10, 2024 TO FILE A REPLY TO GOVERNMENT'S OPPOSISTION TO EX PARTE APPLICATION FOR BAIL PENDING APPEAL

All of the participants in this case are registered CM/ECF users.  They will be served by the appellate CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 19, 2023, at Laguna Hills, California.

December 19, 2023

S/Karyn H. Bucur