TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

FROM: 54652509
TO: CLERK
SUBJECT: MOTION FOR SENTENCE REDUCTION
DATE: 01/09/2024 08:32:57 PM

From: MAHSA PARVIZ (# 54652509)
    c/o Federal Detention Center SeaTac
    P.O. Box 13900
    Seattle, WA, 98198

To:   United States Courthouse
    ATTN: Clerk (for filing in Cause No. 2:21-cr-00293-SB)
    255 East Temple St.
    Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY    TV    DEPUTY

---

Dear Clerk,

    Please file the enclosed Motion for Sentence Reduction in the above-numbered cause. I have contacted counsel for the Government and, on information and belief, they do not intend on opposing the motion. I am also respectfully requesting appointment of an attorney with the Federal Public Defender's Office in the instant cause and am respectfully moving the Court for said appointment on an ex parte basis. As always, please do not hesitate to contact me at my coordinates above if you have any questions and thank you in advance for all your help!

                    Sincerely,

                    _____/s/ Mahsa Parviz
                    MAHSA PARVIZ