MAHSA PARVIZ #54652509
P.O. BOX 13900
Seattle, WA 98198



FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

v.

MAHSA PARVIZ,
Defendant

No. 2:21-cr-00293-SB (DMGx)

EX PARTE APPLICATION
FOR APPOINTMENT OF COUNSEL AND
DOCUMENT EXAMINER
Hon. Stanley Blumenfeld, Jr. presiding

COMES NOW, Defendant MAHSA PARVIZ, and files this EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL AND DOCUMENT EXAMINER pursuant to 18 USC § 3006A.

## I. BACKGROUND

Defendant has filed a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) in accordance with USSG § 1B1.10(b)(1) and Amendment 821 on January 16, 2024. DKT. 182. Defendant concurrently filed a cover letter to the Clerk, dated January 9, 2024, which reiterated Defendant's ex parte request for appointment of counsel. DKT. 183.

## II. ARGUMENT

Defendant brings this ex parte motion for appointment of counsel and a Document Examiner to supplement the record for her pending Motion for Sentence Reduction. DKT. 182. 18 USC § 3006A and FRCP 44(a) mandates appointment of counsel and reimbursement for counsel fees

and other services and expenses. As Defendant faces modification or reduction of her sentence and conditions, appointment is authorized under both 18 USC §§ 3006A (a)(1)(A) and (E). Appointment of counsel is also in the interest of justice.

Appointment of Counsel would satisfy any concerns this Court may have about allegations of Defendant's untruthfulness in previous family law proceedings and related criminal matters. See Original PSR and Dkt. 184 at *2. Defendant requests that the Federal Public Defender's Office be appointed for the Sentence Reduction.

Defendant intends on supplementing the Motion for Sentence Reduction with court records from Collin County District Court Cause No. 469-30012-2018 and related sealed case. Defendant also intends on introducing additional evidence in support thereof and requires the services of a Court-appointed document examiner for select filings, chiefly an affidavit of December 3, 2018 on file in the sealed Collin County case as it would conclusively show that a third-party is responsible for fraud on the Court and securing execution of a default judgment by deception in the

family law case which formed the basis of Defendant's federal offense conduct of June 11, 2019. Due to her custodial status, Defendant has been unable to obtain the full record of the related state cases, and is prejudiced in her ability to present evidence of Defendant's absence of fraud, deception and abuse of legal process as the Government incorrectly represents to this Court wholly false history of past conduct in the sealed Texas family cases. The allegations result in a chilling effect of Defendant's rights to access the Court's for her family law matters and even include allegations of grossly overstated criminal history related to the fraud on the Court in the sealed state case and conduct such as "forgery" of a Judge's signature whereas the charge was dismissed.

Absent appointment of Counsel and a Document Examiner as prayed for herein, Defendant will unjustly be prevented from bringing evidence before this Court to support her Motion for Sentence Reduction and the veracity of her filings will be discounted based

on incorrect prior findings of fact.

    Lastly, Defendant's request will provide the Government with evidence of criminal conduct in the chronology of Defendant's child custody case and materially false statements made by a third-party and Texas attorney Karen Blakely Turner who represents Blake Riad-James Maso, whose fraud has caused Defendant's series of alleged criminal conduct over the past 6 years of the child custody proceedings in Texas and California. Absent this relief, Defendant will be unable to support her sentence reduction motion with necessary evidence properly before the Court.

III. PRAYER   Wherefore, premises considered, Defendant prays that she be appointed counsel with the Federal Public Defender's Office to represent her on the pending sentence reduction before the district court, that a Document Examiner be appointed by the Court and, if necessary for the Issues presented herein, a Family Law Expert licensed in both the state of California and

Texas be appointed in the interests of justice should issues of controlling law surface.

Dated: February 5th, 2024

Respectfully Submitted,

Mahsa Parviz

CERTIFICATE OF SERVICE

I hereby swear under penalty of perjury of the laws of the United States that the facts herein are true and correct and that the foregoing was served on counsel for the Government, AUSA's Jenna Long and Kathrynne Seiden on February 5, 2024 via USPS First Class Mail at 312 North Spring St. #1200, Los Angeles, CA 90012.

MAHSA PARVIZ

VERIFICATION

The facts in the foregoing instrument are true and correct and are sworn

to be true and correct under penalty of perjury of the laws of the United States.

Executed on the 5th day of February, 2024 at Seattle, Washington

MAHSA PARVIZ

Dated: February 5th, 2024

Respectfully submitted,

MAHSA PARVIZ
Defendant

February 5th, 2024

In re: Cause No. 2:21-cr-00293-SB (DMGx)

Dear Clerk,

Please file the enclosed ex parte application for appointment of counsel and document examiner in the above-numbered cause and note on the motion calendar for the same day the motion is received.

Respectfully

Mahsa Parviz
Defendant

P.O. Box 13900
Seattle, WA 98198

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54652809 UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980.

9 FEB 2024 PM 2 L

Roybal Federal Courthouse
ATTN: Clerk (for filing in No. 2:21-cr-00293-SB (DMGx))
255 East Temple St.
Los Angeles, CA 90012

90012-333259

FEB 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

