# CERTIFICATE OF SERVICE

I, Jacqueline Orta, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; that I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 5, 2024, I to be deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER AMENDMENT 821**

and that service was:

| | |
|---|---|
| ☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows: | ☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows: |
| ☐ By hand delivery, addressed as follows: | ☐ By facsimile, as follows: |
| ☐ By messenger, as follows: | ☐ By Federal Express, as follows: |

**Mahsa Parviz, Reg. No. 54652-509**
**FDC SeaTac**
**Federal Detention Center**
**P.O. Box 13900**
**Seattle, WA 98198**

at her last known address, at which place there is a delivery service by United States mail.

//

//

This Certificate is executed on March 5, 2024, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/
_____
Jacqueline Orta