TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

----------------------------------------------------------------------------------------------------

```
                                                    ┌──────────────────────────────┐
                                                    │            FILED             │
                                                    │ CLERK, U.S. DISTRICT COURT   │
                                                    │                              │
                                                    │      MAR – 8 2024            │
                                                    │                              │
                                                    │ CENTRAL DISTRICT OF CALIFORNIA│
                                                    │ BY              TV    DEPUTY │
                                                    └──────────────────────────────┘
```

MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198
Tel.: (972) 375-1202
E-mail: bparviz@collin.edu

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br>    Defendant. | D.C. No. 2:21-cr-00293-SB (DMGx)<br>C.A. No. 22-50160<br><br>NOTICE AND MOTION TO TERMINATE<br>SUPERVISED RELEASE |

COMES NOW, Defendant MAHSA PARVIZ, and files this NOTICE AND MOTION TO TERMINATE SUPERVISED RELEASE pursuant to 18 U.S.C. Sec. 3583(e)(1) and Fed. R. Crim. P. 32.1, subject to a final decision in C.A. No. 22-50160.

On March 1, 2024, the Ninth Circuit denied bail on appeal to Defendant. Defendant anticipates serving time in excess of her lawful sentence such that her term of supervised release must be terminated. Although this honorable Court presently lacks jurisdiction to decide this motion, Defendant respectfully moves the Court, subject to a final decision on her direct appeal, to terminate her the supervised release imposed on July 12, 2022.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that, subject to a decision on the merits of her direct appeal, opposing counsel take notice of this motion and this Court terminate the term of supervised release imposed on July 12, 2022.

Date: March 4, 2024

Respectfully requested,

_/s/ Mahsa Parviz_
MAHSA PARVIZ



FEDERAL DETENTION CENTER
NAME: Mahsa Parsie
REG: 54652509    UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA  980
5 MAR 2024  PM 7  L

Roybal Courthouse
attn : Clerk (for filing in 2:21-cr-00293-SB (DMGx))
255 East Temple St.
Los Angeles, CA 90012

90012-333299

