MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAHSA PARVIZ,
    Defendant.

No. 2:21-cr-00293-SB

**NOTICE OF APPEAL**

Comes now, Defendant MAHSA PARVIZ, and makes NOTICE OF APPEAL of the March 6, 2024 Order Denying Motion for Reduction of Sentence (Dkt. No. 188), which is timely filed within 14 days of entry of an April 2, 2024 Order directing service of the Order subject to appeal.

DATED: April 15, 2024

Respectfully submitted,

/s/ MAHSA PARVIZ

NOTICE OF APPEAL
Page Solo

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54652509   UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
23 APR 2024 PM 6 L



Roybal Federal Courthouse
Attn: Clerk (file in No. 2:21-cr-00293-SB)
255 E. Temple St.
Los Angeles, CA 90012



RECEIVED
CLERK U.S. DISTRICT COURT
APR 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

CR

90012-333299



\* 4/15/24 NOA