E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
JENNA W. LONG (Cal. Bar No. 332192)
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8692/0631
    Facsimile: (213) 894-2927
    Email: Jenna.Long@usdoj.gov
           Kathrynne.Seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-293-SB |
| Plaintiff, | <u>CERTIFICATE OF SERVICE</u> |
| v. | |
| MAHSA PARVIZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States

//

//

Attorneys Jenna W. Long and Kathrynne N. Seiden, hereby files the attached Certificate of Service.

Dated: May 22, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division

    /s/ *Jenna W. Long*
JENNA W. LONG
KATHRYNNE N. SEIDEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I, Nicolette Barksdale, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action; that I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on May 22, 2024, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**ORDER DENYING MOTION FOR RECONSIDERATION (DKT. 206)**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

**Mahsa Parviz, Reg. No. 54652-509**
**FCI Tallahassee**
**Federal Correctional Institution**
**P.O. Box 5000**
**Tallahassee, FL 32314**

at her last known address, at which place there is a delivery service by United States mail.

//

//

1  This Certificate is executed on May 22, 2024, at Los Angeles, California. I certify
2  under penalty of perjury that the foregoing is true and correct.

_____
Nicolette Barksdale