**FILED**

JUL 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-2746 |
| Plaintiff - Appellee, | D.C. No. 2:21-cr-00293-SB-1 |
| v. | Central District of California, Los Angeles |
| MAHSA PARVIZ, | ORDER |
| Defendant - Appellant. | |

Before:    SCHROEDER, VANDYKE, and KOH, Circuit Judges.

Appellant's motion for appointment of counsel (Docket Entry No. 5) is denied. No motions for reconsideration, clarification, or modification of this denial will be entertained.

Appellant's motion (Docket Entry No. 5) for an extension of time to file the opening brief is granted. Because appellant is proceeding without counsel, she is responsible for preparing a pro se brief stating, in her own words, why she believes the district court's decision was incorrect. The briefing schedule is reset as follows: Appellant's pro se opening brief is due August 30, 2024. Appellant is not required to submit excerpts of record. *See* 9th Cir. R. 30-1.3.

Appellee's answering brief and supplemental excerpts of record are due September 30, 2024. The supplemental excerpts of record must contain all of the documents that are cited in appellant's pro se opening brief or otherwise required

by Rule 30-1.4, as well as the documents that are cited in appellee's brief. *See* 9th Cir. R. 30-1.3.

Appellant's optional pro se reply brief is due within 21 days after service of the answering brief.

If appellant does not file a timely pro se opening brief, the appeal may be dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.