**28 U.S.C. §§ 144, 455:
DISQUALIFICATION OR RECUSAL
OF JUDGE FROM CASE**

FILED
CLERK, U.S. DISTRICT COURT
12/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI  DEPUTY

Form No. CrR25:1 Motion to Disqualify Judge

___MAHSA PARVIZ___ [name of attorney]
___c/o FCI Tallahassee___ [name of firm]
___P.O. Box 5000___ [street address]
___Tallahassee FL 32314___ [phone number]
_____ [fax number]
___bparviz@collin.edu___ [e-mail address]
_____ [state bar i.d. number]
Attorneys for ___Defendant___ [name of party]
(pro se – attorney appointment requested concurrently)

**UNITED STATES DISTRICT COURT**
___CENTRAL___ District of ___CALIFORNIA___

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>___MAHSA PARVIZ___ [Name of Defendant],<br>Defendant | No. 2:21-cr-00293-SB (DMGx)<br><br>MOTION TO DISQUALIFY<br>(28 U.S.C. § 144)<br><br>Hearing Date: _____<br>Hearing Time: _____<br>Courtroom: Hon. Stanley Blumenfeld, Jr. |

**Relief Sought**

___MAHSA PARVIZ___ [Name of moving party] moves

090

1 of 4

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

this court under Section 144 of Title 28 of the United States Code for an order to disqualify Judge _Stanley Blumenfeld, Jr._ [name of judge] in the above-captioned case and assign another judge to the case.

*Grounds for Relief*

The court should disqualify Judge _Blumenfeld_ [name of judge] in this matter because: ~~[set forth reason(s) for disqualification, e.g.,]~~ the judge has an interest in the litigation, previous involvement with the defendant, lack of impartiality and, therefore, an appearance of bias in that _is detailed_ ~~[detailed unique facts and circumstances]~~.

*Record on Motion* _In the attached Declaration (Congressional Candidate Andrew George Watters, improper ex parte contacts)_

This motion is based on this document, the attached Notice of Motion, Certificate of Service[, the Affidavit of _MAHSA PARVIZ_ (name of affiant), the Supporting Memorandum of Law], attached to this motion, and all of the pleadings, papers, and other records on file in this action. _Declaration in lieu of Affidavit attached (presently in involuntary protective custody + no access to notary)_

Dated: _November 25th, 2024_

_MAHSA PARVIZ_ [firm name]

By: _[signature]_ [signature]
_MAHSA PARVIZ_ [typed name]

_c/o FCI Tallahassee_
_P.O. Box 5000_ [address]
_Tallahassee, FL 32314_

_(912) 375-1202_ [phone number]

_bparviz@collin.edu_ [e-mail address]

Attorneys for _Mahsa Parviz_

Form No. CrR25:2 Affidavit of Bias or Prejudice _/declaration_

090                                    2 of 4

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>v.<br><br>MAHSA PARVIZ<br>  Defendant-Appellant | C.A. No. 24-2746<br><br>D.C. No. 2:21-cr-00293-SB (DMGx)<br>Central District of California,<br>Los Angeles<br><br>DECLARATION, 28 USC §144<br>and 28 USC § 455 |

I, MAHSA PARVIZ, am the Defendant-Appellant in the above-captioned appeal. I make this Declaration under penalty of perjury pursuant to 28 U.S.C. §§ 144 and 455. The facts herein are true and correct and based on personal knowledge.

The district court Judge before whom the matter is pending has a personal bias or prejudice against me such that it is necessary to reassign the matter to a different district court Judge on remand and immediately. (See Motion for New Trial, FR Cr. P. 33, filed concurrently.)

My former attorney, Andrew George Watters, has made improper ex parte contact with the district court and trial counsel for the Government, AUSAs Jenna W. Long and Kathrynne N. Seiden. Watters has communicated false, disparaging statements in his capacity as an officer of the Court in an ex parte manner and thereafter has boasted, on public forums and numerous proceedings, the explicit details of attorney-client privileged cooperation agreements, sealed family law cases and personal information disclosed to the Court in aid of his "personal vendetta" against me. (See the Hon. Robert S. Lasnik's findings in the Western District of WA, Cause No. 2:23-cv-00755-RSL, judgment

pg. 3 of 4

entered in favor of Defendant Mahsa Parviz against Plaintiff Andrew George Watters on Aug. 16, 2023; on appeal before the Ninth Circuit C.A. No. 23-35601).

At the same time, Watters ran for Congress in the State of California and was supported by the Hon. Stanley Blumenfeld, Jr. (see https://www.WattersForCongress.com). Watters' interference with the instant case and related appeals has been so pervasive to amount to obstruction of justice (see Watters' accounts of conversations with AUSA Jenna Long, AUSA Lyndsie R. Schmalz and the Hon. Stanley Blumenfeld, Jr. on his law firm webpage: https://www.andrewwatters.com; see online "Hall of Shame" hosted on same site).

It is necessary to reassign this matter to a different district judge immediately and I respectfully request the Hon. Judge Stanley Blumenfeld, Jr. please recuse himself from this matter as statutorily required and as prayed for herein.

EXECUTED ON THIS 25th DAY OF NOVEMBER, 2024 BY MAHSA PARVIZ IN TALLAHASSE, FLORIDA

MAHSA PARVIZ

pg. 4 of 4

In re: Cause No. 2:21-cr-00293-SB

Dear Clerk,

Please file the enclosed Motion under 28 USC §§ 144 and 455 in the above-numbered cause. Reassignment is mandatory and a Motion for New Trial (Fed. R. Crim. P. 33) has been submitted concurrently and will need to be considered by another district judge.

Thank you in advance!

Respectfully,

[signature]



FEDERAL DETENTION CENTER
NAME: Mahan Parviz
REG: 54652509
P.O. BOX 5000    UNIT: Unit L PC (Brown)
FCI Tallahassee
Tallahassee, FL 32314

U.S. District Court (Roybal)
Attn: Clerk (file in 2:21-cr-00293-SB)
255 East Temple St.
Los Angeles CA 90012