December 31st, 2024

In re: 2:21-cr-00293-SB (DMGx)

Dear Clerk,

Please file the enclosed certificates in the above-numbered cause.

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
BY MMC DEPUTY

Respectfully,

Mahsa Parviz

# CERTIFICATE OF COMPLETION



Presented to

*Mahsa Parviz*

## CHANGE PLAN

December 31, 2024
Federal Transfer Center, Oklahoma City, Oklahoma

_O. Makanya, PhD_
_____
O. Makanya, Special Populations Coordinator

# CERTIFICATE OF COMPLETION

Presented to

*Mahsa Parviz*



## A HEALTHIER ME

**January 2, 2024**
**Federal Transfer Center, Oklahoma City, Oklahoma**

*O. Makanya, PhD*
_____
O. Makanya, Special Populations Coordinator

