UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | Case No. 2:21-cr-00293-SB-1<br><br>ORDER DENYING RENEWED MOTION TO TERMINATE SUPERVISED RELEASE [DKT. NO. 213] |

      Defendant Mahsa Parviz was sentenced on July 12, 2022 to a custodial sentence of 61 months followed by a three-year term of supervised release. Dkt. No. 124. She filed a notice of appeal shortly thereafter. Dkt. No. 127. Despite her pending appeal, Parviz has filed several unsuccessful motions seeking to reduce or alter her sentence, including motions for bond pending appeal, for compassionate release, for reduction of her sentence, and for termination of supervised release. Dkt. Nos. 164, 184, 188, 194. Parviz now renews her motion to terminate supervised release.[1] Dkt. No. 213. The motion lacks merit for the reasons stated in the prior order.[2] Dkt. No. 194. Accordingly, the motion is denied.

Date: February 3, 2025

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge

---

[1] Parviz appears to request that either this motion or case be reassigned. She offers no reason for reassignment, and there is no basis to do so. *See* Dkt. No. 210 (denying motion for disqualification).

[2] Parviz also incorrectly contends that the Ninth Circuit has "reversed and vacated" her conviction for aggravated identity theft.