UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | Case No. 2:21-cr-00293-SB-1<br><br>ORDER DEFERRING CONSIDERATION OF MOTION FOR NEW TRIAL AND REQUEST FOR COUNSEL [DKT. NO. 211] |

    Since appealing her conviction, Defendant Mahsa Parviz has filed numerous motions seeking, among other things, to disqualify this court and modify her sentence. *See, e.g.*, Dkt. Nos. 163, 182, 209. Though her appeal remains pending, Parviz now moves for a new trial under Federal Rule of Criminal Procedure 33 and for appointment of counsel under 18 U.S.C. § 3006A. Dkt. No. 211. A Rule 33 motion "may be heard during the pendency of an appeal (and may be denied)" but it "may not be granted until the case has been remanded." *United States v. Coleman*, 688 F.2d 663, 664 (9th Cir. 1982); *accord* Fed. R. Crim. P. 33(b)(1). Rule 37 provides the Court with three options under these circumstances: defer consideration of the motion, deny the motion, or indicate that it would grant the motion if the court of appeals remands the case. After careful deliberation, the Court exercises its discretion to defer consideration of the motion in its entirety until the appeal is resolved. *See United States v. Cole*, No. 2:14-CR-269, 2019 WL 1208989, at *1 (E.D. Cal. Mar. 14, 2019) (describing prior order deferring consideration of new trial motion until conclusion of appeal).

Date: February 18, 2025

                                                                Stanley Blumenfeld, Jr.
                                                      United States District Judge