UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA IN LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> MAHSA PARVIZ, Defendant. | No. 2:21-cr-00293-SB <br><br> REPLY IN SUPPORT OF COMPASSIONATE RELEASE; DECLARATION OF MAHSA PARVIZ |

COMES NOW, Defendant, MAHSA PARVIZ, and files this Reply to the Government's Opposition (Dkt. 225) in support of compassionate release. Defendant has exhausted her administrative remedies and has not received a response to her Request for Compassionate Release from the Warden within 30 days of filing her Motion (Dkt. 217). Attorney Jendeh Long for the Government has falsely represented to this Court that the exhaustion requirement has not been met. Defendant recently submitted for filing in this cause, copies of Rejection Notices and original administrative remedy forms, all of which are handwritten, as required by the BOP. Defendant submits a true and correct copy of the original Request for Compassionate Release submitted to The Warden of FTC Oklahoma City on December 7, 2024. Defendant has always complied with the exhaustion requirement when filing her first compassionate release motion as well as other individuals' whom she has assisted so alleging that Defendant did not exhaust APA in this instance is akin to the likelihood of Jendeh Long being promoted to Deputy Chief after five years as an AUSA: Zero... possibly due to the lack of merit and candor in her filings before this honorable Court.

Defendant's Motion (Dkt. 217) and the record contains ample evidence

in support of her burden to establish an extraordinary and compelling reason for release. The Government contradicts itself time and time again in its attempts to condone sexual and physical abuse perpetrated by BOP staff against inmates, including Defendant. Defendant very clearly stated that she was sexually and physically abused by Officers Carlos Castillo and A. Williams in 2024 at FCI Tallahassee and the Government's own housing record supports this fact. Defendant was also sexually abused by Officer Tai Barbee in 2023 while at FDC SeaTac, as stated before and further supported by the Government's own housing record identifying BOP quarters assigned to Defendant (see Exhibit D, Dkt. 225). Defendant continues to be subjected to sexual and physical abuse and retaliation by BOP staff while housed at FDC Miami presently, yet the Government attempts to flip the script and shame Defendant for allegedly being "dangerous" and "engaging in sexual acts" when, on the contrary, it is BOP staff who are dangerous and engaging in sexual acts with inmates, hence requiring a Consent Decree being entered in the Northern Dist. of CA, Cause No. 4:23-cv-01455-JGR, as the Government reluctantly acknowledges. Although the Government desperately attempts to refute Defendant's status as a Class Member in the above-numbered cause, by its own definition of a "Class Member" which the Government provided, if Defendant remains in BOP custody, Defendant is at risk of being housed at FCI Dublin in the future and is a Class

Member. Moreover, Defendant was held at FCI Dublin on April 18, 2024 over the course of her transfer to FCI Tallahassee. Although she did not spend the entire night, she did, in fact, physically travel through FCI Dublin. Moreover, Defendant, a San Francisco resident, anticipated designation to FCI Dublin while at MDC Los Angeles awaiting her sentencing in 2022 and participated in sexting an FCI Dublin officer, Officer Ramos, a fact well-known amongst staff at MDC Los Angeles as evinced by the Government's own record of Defendant's BOP Disciplinary record (which is, by the way, retaliatory so that Defendant does not file a PREA ("Prison Rape Elimination Act") report against the officers).

Defendant has professionally modeled for an international agency and is, generally, physically attractive. To exploit Defendant for her physical attributes constitutes a far greater punishment than intended by this Court. Repeated cruel and unusual punishment.

Defendant is currently participating in therapy at the Roxcy Bolton Rape Center and would like to integrate in society while continuing therapy electronically.

If released, Defendant agrees to comply with the terms of supervision. Defendant is in no shape to remain incarcerated and has family support as well as colleagues and friends who can assist with housing, transportation, insurance, a career and anything else required by the Court. As to family matters, Defendant has discovered that the biological father fraudulently relinquished his parental rights to obtain a default termination judgment to ultimately put Defendant's daughter with a biological family member related to him, which is absolutely fine. Defendant does not anticipate issues with compliances... family is of utmost importance to Defendant. Now to search for chometz.

DATE: 4/10/2025

By: /s/ M Parviz

MAHSA PARVIZ (#54665209)
FDC MIAMI
P.O. BOX 019120
MIAMI, FL

MY COPY

BP-A0148
DEC 23
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO BUREAU EMPLOYEE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Employee) Warden Kristi Zook | DATE: 12/07/2024 |
|---|---|
| FROM: Mahsa Parviz | REGISTER NO.: 54652509 |
| WORK ASSIGNMENT: Orderly | UNIT: FTC Oklahoma City (5C) |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm requesting compassionate release under 18 USC § 3582(c)(1)(A) due to delays performing my medically necessary breast implant replacement & sexual & physical abuse by Carlos Castillo & B. Williams in 2024 at FCI Tallahassee (see attachments) — any form of release is greatly appreciated as I've been in SHU on involuntary protective custody and my cop outs just got trashed. Please help me as I feel like a piece of rancid meat at this point & have been deliberately housed with violent inmates & registered sex offenders in INVOLUNTARY P.C. (see attachments re: alternative release method)

(Do not write below this line)

DISPOSITION:

Employee Signature                    Date

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Federal Detention Center_
_33 NE 4th Street_
_Miami, Florida 33132_

April 9, 2025

**MEMORANDUM TO FILE**

**FROM:**   G. Rodriguez, SIS Lieutenant

**SUBJECT:**   Inmate Notification – Parviz, Mahsa Reg. No. 54652-509

This memorandum is to inform you the SIS investigation into your allegations of sexual misconduct was completed on __4-03-2025__ and found to be __Unsubstantiated__.

I _____ have received a copy of this notification on __04-09-2023__.
   Inmate Signature                                                                                              Date

_____
Issuing Staff Signature       Date

_____
Witness Staff Signature       Date
(Only required if inmate refuses to sign)

## DECLARATION OF MAHSA PARVIZ

I, MAHSA PARVIZ, declare as follows:

1. I am the Defendant in <u>United States v. Mahsa Parviz</u>, No. 2:21-cr-00293-SB (DMGx), in the Central District of California.

2. I have made numerous complaints about sexual and physical abuse by staff to the SIA and OIG (including a complaint today).

3. My complaints about being housed in solitary confinement have been intercepted by BOP staff.

4. I was physically transferred through FCI Dublin and qualify as a Class Member per the Government's definition of Class Member.

5. I requested compassionate release to the Warden of FTC Oklahoma City on 12/7/2024

6. The facts in the foregoing are true and correct under the laws of the United States & I declare under penalty of perjury that this Declaration is executed at Miami, Florida, on 04/10/2025

Mahsa Parviz

4/10/25

In re: 2:21-cr-00293-SB

Dear Clerk,

I just received this opposition yesterday, 4/9/25, an it it was dated on the previous Thursday & mailed on a Friday (ooh how sneaky 😒)? Please file my reply & the exhibits in the foregoing case & Pesach Sameach! Oh & happy birthday to me (I'm celebrating w/ Sean Kingston's mom... not too bad!)

Sincerely,

Mahsa Parviz



