TRULINCS 54652509 - PARVIZ, MAHSA - Unit: MIM-A-E

---

FROM: 54652509
TO: Clerk
SUBJECT: MOTION FOR RETURN OF PROPERTY
DATE: 05/13/2025 06:41:41 PM

MAHSA PARVIZ (#54652509)
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101
Tel.: (972) 375-1202
E-mail: Mahsa@BravoTeamLaw.com



FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY MPV DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br>    Defendant. | D.C. No. 2:21-cv-00293-SB (DMGx)<br>2:21-CR-00293-SB<br>MOTION FOR RETURN OF PROPERTY |
|---|---|

    COMES NOW, Defendant, MAHSA PARVIZ, and files this MOTION FOR RETURN OF PROPERTY, on an ex parte basis, seeking return of all property seized in relation to this matter, none of which is subject to forfeiture.

    At sentencing, the Government stated it is no longer seeking forfeiture and the Judgment of July 12, 2022, does not include a forfeiture provision.

    Although the offense date in the instant cause is June 11, 2019, and Defendant has already been arrested August 12, 2021 and released January 5, 2021, Defendant was arrested for this offense on July 12, 2021. The Government seized several items on July 12, 2021, none of which was used at trial, and Defendant requests an Order from this Court requiring return of all property seized, a majority of which are case files, four suitcases, bags of designer apparel and accessories, fine jewelry, electronics, home goods, cash and a vehicle. On information and belief, the Government has already filed an itemized list of all property seized prior to trial, however, Parviz is able to further itemize all property if the Court requests as such.

    Appellate counsel, Karyn H. Bucur, in the Ninth Circuit appeal No. 22-50160 (decided March 19, 2025) spoke to Parviz today, May 13, 2025, and stated she has made over forty calls to various Government personnel in an attempt to located the property and stated that further assistance falls outside the scope of her appellate CJA appointment.

    Parviz now moves this Court, pro se, for an Order directing the Government to locate all property seized in connection with this cause and to return all property to Parviz.

DATED: May 13th, 2025

                                                                                            Respectfully submitted,

                                                                                            /s/ Mahsa Parviz
                                                                                            MAHSA PARVIZ

Mahsa Parivash (6052897454)
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330
15 MAY 2025 PM 5 L

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 19 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Roybal Courthouse
Office Clerk (file in No. 2:21-cr-00293-SB (DMGx))
255 East Temple St.
Los Angeles, CA 90012-3332 56



5/13/2025 Motion for Return of Property