UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-293-SB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GOVERNMENT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY |
| v. | |
| MAHSA PARVIZ, | |
| Defendant. | |

The Court has read and considered the government's Ex Parte Application for Extension of Time to Respond to defendant Mahsa Parviz's Motion for Return of Property, filed by the government on June 2, 2025.

The Court hereby finds that the Ex Parte Application, which this Court incorporates by reference into this order, provides good cause to continue the response date in this matter.

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

On or before July 7, 2025, the government shall file its response to defendant Mahsa Parviz's Motion for Return of Property (Dkt. No. 242). The motion shall be deemed submitted on that date unless the Court requests further briefing.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE STANLEY BLUMENFELD, JR.
                                    UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
JENNA W. LONG
Assistant United States Attorney