BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
JENNA W. LONG (Cal. Bar No. 332192)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-8692
    Facsimile:    (213) 894-2927
    Email:        Jenna.Long@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-293-SB |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MAHSA PARVIZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the

United States Attorney for the Central District of

//

//

1  California and Assistant United States Attorney Jenna W. Long, hereby files the attached

2  Certificate of Service.

3   Dated: June 2, 2025                    Respectfully submitted,

4                                          BILAL A. ESSAYLI
                                           United States Attorney
5
                                           DAVID T. RYAN
6                                          Assistant United States Attorney
                                           Chief, National Security Division
7

8                                             /s/ *Jenna W. Long*
                                           JENNA W. LONG
9                                          Assistant United States Attorney

10                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Jenna W. Long, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on June 2, 2025, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**Government's Ex Parte Application to Extend Time to Respond to Defendant's Motion for Return of Property; Declaration of Jenna W. Long; Proposed Order (Dkt. 246)**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

MAHSA PARVIZ
REG. NO. 54652-509
FDC MIAMI
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FL   33101

at her last known address, at which place there is a delivery service by United States mail.

//

1          This Certificate is executed on June 2, 2025, at Los Angeles, California.  I certify

2    under penalty of perjury that the foregoing is true and correct.

3

4                                          JENNA W. LONG
                                      Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28