BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
JENNA W. LONG (Cal. Bar No. 332192)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8692
    Facsimile: (213) 894-2927
    Email: Jenna.Long@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-293-SB |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MAHSA PARVIZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the

//

//

1  United States Attorney for the Central District of California and Assistant United States
2  Attorney Jenna W. Long, hereby files the attached Certificate of Service.
3  Dated: July 8, 2025                          Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division


　　　/s/ *Jenna W. Long*
JENNA W. LONG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on July 8, 2025, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY; DECLARATION OF JENNA W. LONG; DECLARATION OF ALONSO G. LOPERENA; EXHIBITS A-C (Dkt. No. 278)**

and that service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

**MAHSA PARVIZ**
**REG. NO. 54652-509**
**FDC MIAMI**
**FEDERAL DETENTION CENTER**
**P.O. BOX 019120**
**MIAMI, FL   33101**

at her last known address, at which place there is a delivery service by United States mail.

//

This Certificate is executed on July 8, 2025, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

/ s /
_____
SANDY EAR