▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

FROM: 75551511
TO: D, S; Jacobson, Angela; Koudiah, Mido; P, M
SUBJECT: bilal.essayli@usdoj.gov
DATE: 07/13/2025 09:27:03 PM

MAHSA PARVIZ
P.O. Box 019120
Miami, FL 33101
Tel.: (972) 375-1202
E-mail: Mahsa@BravoTeamLaw.com



FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00293-SB (DMGx) |
| v. | MOTION TO MODIFY SCHEDULING ORDER AND EXTEND TIME TO REPLY (Dkt. 245); EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL; MOTION TO TRANSFER |
| MAHSA PARVIZ | |

COMES NOW, Defendant, MAHSA PARVIZ, and files this MOTION TO MODIFY SCHEDULING ORDER AND EXTEND TIME TO REPLY (Dkt. 245); EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL pursuant to 18 U.S.C. Sec. 3006A; and a MOTION TO TRANSFER this matter back to the Honorable Dolly M. Gee, to whom this cause was initially assigned.

I.   MOTION TO MODIFY SCHEDULING ORDER AND EXTEND TIME TO REPLY (Dkt. 245)

1.1   On June 1, 2025, this Court entered a scheduling order (Dkt. 245) regarding Parviz's Motion for Return of Property (Dkt. 242). The Government requested a modification of said scheduling Order (Dkt. 245) and received a 30-day extension until July 7, 2025, to file their Opposition to Parviz's Motion for Return of Property.

1.2   Parviz has not yet been served with the Opposition and delays with service by mail while in custody have negatively impacted Parviz's ability to fairly defend herself in this cause.

1.3   Accordingly, Parviz respectfully requests an extension of time until July 28, 2025, to file her Reply to the Government's Opposition to her Motion for Return of Property (Dkt. 242).

II.   EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL (18 U.S.C. SEC. 3006A)

2.1   Parviz previously filed June 2025 correspondence with the Clerk and the Government regarding this issue. Parviz was informed by at third-party that the Court erroneously removed Parviz's correspondence with the clerk and Government from the docket, although this same correspondence is on the Ninth Circuit Court of Appeal docket in Cause No. 22-50160 and Parviz had mailed it for filing with the Clerk of this district court in order to properly have it served on Counsel for the Government in this case.

2.2   Parviz filed said June 2025 correspondence with the Clerk to ensure service upon the Government and intended on using the filing as an attachment in this Motion and other filings. Because Parviz is proceeding pro se, despite requesting Counsel in this matter, she has had substantial difficulty communicating with the Court and Government and ensuring the Government is served with the correspondence and filings.

2.3   The June 2025 correspondence was not directly sent by Parviz to the Government via e-mail and is required to be docketed, as is this motion. Clerical errors such as this one have significantly affected Parviz's ability to timely and adequately present motions and obtain the relief to which she is entitled, such as her Motion for New Trial which this Court erroneously denied and now her Motion for Return of Property, which this Court may improperly consider absent emergency appointment of counsel in the district court.

2.4   Accordingly, Parviz prays that her correspondence from June 2025 with "Subject: bilal.essayli@usdoj.gov" as is similar to this filing, be docketed and served upon the Government, and that counsel be appointed to represent her as to the Motion for

Return of Property in the district court, due to its overlap with a previously heard pre-trial motion which the honorable Dolly M. Gee reserved ruling upon.

III. MOTION TO TRANSFER THIS MATTER TO THE HONORABLE DOLLY M. GEE

3.1 The Honorable Dolly M. Gee has already heard and reserved ruling on an overlapping matter presently pending before this Court. This matter was initially assigned to the Honorable Dolly M. Gee.

3.2 Accordingly, it is necessary to transfer this cause back to Judge Dolly M. Gee in this same District.

DATED: July 13, 2025

Respectfully Submitted,

MAHSA PARVIZ



Matias Parris #54652509
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

Raybird Courthouse
Attn: Clerk (Case No. 2:21-cr-00293-SB (DMGx))
255 East Temple St.
Los Angeles, CA 90012-3332

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

15 JUL 2025 PM 2 L
MIAMI FL 330