MAHSA PARVIZ (#54652309)
P.O. Box 019120
Miami, FL 33101

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2025
CENTRAL DISTRICT OF CALIFORNIA
BY MPV DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHSA PARVIZ | Cause No. 2:21-cr-00293-SB<br><br>EMERGENCY MOTION FOR COMPASSIONATE RELEASE AND APPOINTMENT OF COUNSEL |

COMES NOW, Defendant MAHSA PARVIZ, and moves this honorable Court for release instanter due to the circumstances infra and appointment of counsel under 18 USC § 3582(d)(1)(A) & 18 USC § 3006A. Defendant was violently raped by a male SHU inmate at approximately 10:30 AM on Tuesday, 7/22/2025, at FDC Miami, as a result of willful and deliberate negligence on part of BOP staff, particularly Counselor Dawkins-Jones, who had retaliated against Parviz for filing a complaint against said employee for violating her 1st Amendment rights by prohibiting keying Havdala on Saturdays 1 hr. after sundown as is

common cause with the government.

Parviz has notified BOP staff of her intent to seek compassionate release and was told the BOP will waive the 30 day APA notice requirement given the exigent circumstances & the fact that Parviz gave notice to executive staff acting on behalf of the Warden on 7/22/25 that she will seek compassionate release.

Parviz's home confinement date was July 3, 2025. BOP staff has been negligent in processing her release and has admit to this fact but claims they are not properly trained on how to facilitate releases.

Accordingly, Parviz prays this Court appoint an attorney to represent her in this matter and prays for an order reducing her cumulative sentence to 48 months to release her instanter.

Date: 7/24/2025

Respectfully submitted,

MAHSA PARVIZ

EXHIBIT A

URL: fl.track-kit.us

Username: (el nombre de usuario) FL000015295

Password: (la contraseña) @Tqk9b8jPK

Florida Statute 943.326 addresses sexual assault evidence kits. · If you report to law enforcement and consent to testing, your kit must be submitted to the laboratory within 30 days, and tested within 120 days. · The back of this card provides a log-in to a secure kit tracking database. You are entitled access to tracking information, testing status, and notification of DNA matches to a person deemed by investigators to be a suspect or person of interest. · Notification of a DNA match may be delayed by investigators up to 180 days if it would negatively affect the investigation. · Additional resources are provided at the database website.



Mahsa Parviz (#54652509)
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

Roybal Courthouse
Attn: Clerk (file Emergency Motion in Cause No. 2:21-cr-00293-SB (DMGx)
255 East Temple St.
Los Angeles, CA 90012

שלום

7/24/25 Emergency Motion