UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 23 2025
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MAHSA PARVIZ, Defendant - Appellant. | No. 25-4006 D.C. No. 2:21-cr-00293-SB-1 Central District of California, Los Angeles ORDER |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MAHSA PARVIZ, Defendant - Appellant. | No. 25-4073 D.C. No. 2:21-cr-00293-SB-1 Central District of California, Los Angeles |

After appellant missed the original deadline for the opening brief, the court issued a default order setting December 9, 2025, as the new deadline. Still, no opening brief has been filed. The court will give appellant one final opportunity. If appellant does not file an opening brief within 30 days of this order, the appeal will be dismissed. *See* 9th Cir. R. 42-1. If appellant does file an opening brief within 30 days, the court will set a deadline for the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT