UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
JAN 21 2026
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MAHSA PARVIZ, Defendant. | No. 2:21-cr-00293-SB (DMGx) EMERGENCY MOTION TO AMEND JUDGMENT (Dkt. No. 265) AND/OR MODIFY/TERMINATE SUPERVISED RELEASE CALENDAR: SAME-DAY CONSIDERATION |

COMES NOW, Defendant Mahsa Parviz, and moves this Honorable Court to terminate the three years of supervised release (see Dkt. No. 265) as Parviz will be residing in the Islamic Republic of Iran following her release from BOP custody on February 27, 2026 (date orally provided by BOP staff to Parviz today and may be sooner as Parviz is owed time credits) with her spouse/family.

Accordingly, Parviz seeks an Order by this Court amending the judgment (Dkt. No. 265) and/or terminating her supervised release imposed therein to end on February 27, 2026.

Date: January 14th, 2026

Respectfully submitted,

/s/ Mahsa Parviz
MAHSA PARVIZ
c/o MDC LA (#54652509)
P.O. Box 531500
Los Angeles, CA 90053

Pro Se



Mahsa Parviz
c/o MDC LA (#96652509)
P.O. Box 531500
Los Angeles, CA 90053

Raphael
ATTN: Clerk Gale Emergency motion for same-day
consideration by Judge Stanley Blumenfeld in Cause
No. 2:21-cr-00293-SB
U.S. Courthouse
255 East Temple St.
Los Angeles, CA 90012

RECEIVED
15 JAN 2026 PM 9
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
JAN 21 2026

*ENCLOSED: LCR7 Same-day motion "EMERGENCY" MOTION TO AMEND JUDGEMENT (Dist. No. 265) AND/OR MODIFY/TERMINATE SUPERVISED RELEASE

V.C
1.15.26