*1st Supplement to Habeas Petition*   **SEAL**

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------

FROM: 54652509
TO: Warden
SUBJECT: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, LOS-I-N
DATE: 01/15/2026 09:52:37 AM

To: MDC-LA ACTING WARDEN (ENOCH JACKSON)
Inmate Work Assignment: /


FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Acting Warden at Metropolitan Detention Center Los Angeles,

Yesterday, I was informed by BOP staff that my release date was updated that morning from "no release date" to February 27, 2026. On January 6, 2026, I filed a habeas corpus petition under 28 U.S.C. Section 2241 against you in your official capacity as Warden of MDC LA (filed in paper-form via USPS First Class Mail with the Clerk of the USDC for the Central Distrct of California at Los Angeles).

Specifically, I am raising the following material issues of fact:

(1) UNCONSTITUTIONAL ARREST on December 18, 2025: U.S. Marshals arrested me on 12/18/2025 on the premesis of an inpatient rehab facility, Level Up, 323 E. 52nd St in Los Angeles, CA, whereat I was a patient committed for a 90-day program for about two weeks on the date of the unlawful arrest. Moreover, I had no warrant or new charges. I was on community status and need to be released into the community.

(2) I was taken to LA General Hospital for a Rape Kit and suicide attempt. The US Marshals, on behalf of Federal BOP employee(s) at MDC LA to whom they were intending on turning me over for imprisonment, insisted to medical staff that I not be committed on 51/50 status at LA General Hospital (despite earlier suicide attempt and then-active suicidal ideation) because US Marshals claimed MDC LA purportedly has the same capacity to treat me, whereas IT DOES NOT and commitment 51/50 at THAT HOSPITAL at THAT TIME was MANDATORY. Moreover, I was administered the first doses of prophylactic medication, without which my life is in danger, and MDC LA has refused to administer the HIV prophylactics (when I believe I was exposed to HIV on 12/18/25 when raped by the Level Up rehab director, Fred Williams on 12/18/25 at about 10:00 AM). I need to be released to have medically necessary medical and psychiatric care. While unlawfully detained at MDC LA since 12/18/2025, I have missed a psychiatric appointment with tDr. Laurence Tecott and require to be treated my this psychiatrist with whom I have history.

(3) I have incurred over $9500.00 in expenses/bills related to medical care that Naphcare/BOP has not paid for directly and have forced me to pay out of pocket and I am requesting full reimbursement of all medical, psychiatric, and related expenses

(4) I am requesting that my earned FSA Time Credits be applied in the amount of 365 days credited towards my sentence (the petition was previously approved by FDC SeaTac Warden Israel Jacquez)

(5) I am entitled to 16 days of time credit from the state of texas for serving 516 days on a 500 day sentence dated January 5, 2021 under 18 U.S.C. Section 3585, and under the same statute I am entitled to 1 days time credit from the state of california for serving 1 day in march 2021 rowards a charge in santa clara county, california, which was dismissed. Please credit all of this time.

(6) I was sent to mission community hospital on 12/3/2025 by orion rrc and then that same night to a private inpatient rehab in tarzana, then to level up rehab on 12/4/2025, but the BOP put me on escape status and Orion RRC packed me out at about 7:40 pm on 12/3/2025 and did not allow me to return due to their own errors with administrative records processing. i have suffered severe trauma and expenses and damages as a result and want my 14 days of time credited as i was not an escapee.

(7) i was given a 112 incident report for taking prescription medication adderall prescrbed by sonny ham, np. of mission community hospital - i want my 41 days of good time back for procedural and substantive due process violations

/s/ mahsa parviz
-----PARVIZ, MAHSA on 1/12/2026 7:07 PM wrote:

>

PLEASE RELEASE ME. I NEED URGENT HELP.

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

---

Please see the December 20th, 2025, eCopOut in the chain below. I am NOT doing ok without medical and psychiatric care after I was raped on 12/18/2025 and I HAVE NO OUT DATE AND I HAVE NO WARRANTS OR CHARGES AT THE BOP OR ANYWHERE ELSE.... PLEASE RELEASE ME ON HOME CONFINEMENT OR FIND A LESS RESTRICTIVE MEANS OF PERFORMING BOP CALCULATIONS WHILE ALLOWING ME TO NOT BE HELD IN CUSTODY BECAUSE I BELIEVE I WAS EXPOSED TO HIV AND I AM NOT GETTING HIV PROPHYLACTICS THAT WERE PRESCRIBED AT LA GENERAL HOSPITAL ON 12/18/2025... I'VE TOLD SEVERAL PEOPLE AND THIS IS A LIFE OR DEATH MATTER. I NEED TO BE RELEASED ASAP.

/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 1/8/2026 1:03 PM wrote:

>

After the copout to the Dublin Liason, Psychology intern Ms. Potter touched based with me yeasterday, 1/7/2026, and gave me an 800 number that she did not bother to verify... I received this phone number from Ms. Potter for a rape crisis hotline and was directed to ask unit team for a phone call to report the incident of 12/18/2025... the phone number is not in service per Counselor Morales and I did not receive a call... you guys don't have psychiatric resources or medical resources for me. A rape kit was performed and I did not receive my prophylactic medication while I have been here. I don't even have charges or a warrant and have not seen a judge.

Mahsa Parviz
-----PARVIZ, MAHSA on 1/5/2026 6:25 PM wrote:

>

I had a rape kit done on 12/18/25 at Los Angeles General Hospital and was administered the first dose of prophylactics against HIV, chlamydia and gonorrhea but MDC LOS ANGELES IS NOT GIVING ME ANYTHING ELSE AFTER THE FIRST DOSE I HAD AT THE HOSPITAL AND MY SKIN HAS BROKEN OUT ALL OVER AND I AM LIVID THAT I AM BEING NEGLECTED IN THIS PRISON WITHOUT ANY PENDING CHARGES AND NO OUT DATE UNDER THESE CIRCUMSTANCES AFTER BEING RAPED AT LEVEL UP REHAB LOCATED AT 323 E. 52ND STREET IN LOS ANGELES. Is this "Dublin Liason" role and messaging box just set up so the BOP can pretend like it's addressing the rape culture it has perpetrated throughout the country? I can't message more than one department a day and am able to at least message this box more than once so I'd like the Dublin Liason to DO something. The psychology staff doesn't even know what agency contracts as a Rape Crisis Center and I HAVE BEEN ASKING FOR SESSIONS BUT HAVEN'T RECEIVED JACK SHIT IN TERMS OF COUNSELING OR ANY RESOURCES AND I SWEAR TO GOD I WILL FUCK UP YOUR ENTIRE LIFE AND CAREER IF I CONTRACT SOMETHING AND YOU COULD'VE PREVENTED IT. I'M ALREADY BEING INCARCERATED FOR NO GOOD REASON WITHOUT ANY SEMBLANCE OF DUE PROCESS AND I AM SO SICK OF THIS SHIT.

WHERE IS SIA? I WANT TO TALK TO SIA. THERE IS NO WARDEN HERE. PSYCHOLOGY STAFF IS POORLY TRAINED & I TOLD THEM I WILL BE SWALLOWING BATTERIES SHORTLY AND WAS NOT HELPED. MEDICAL STAFF HASN'T ADMINISTERED MY ANTIDEPRESSANT TODAY AND I ASKED 5 STAFF BUT THEY WERE TOO BUSY DOING CELL INSPECTIONS FOR YOGA MATS. YOUR FACILITIES ARE SO CORRUPT AND ARE FIXATED ON THE WRONG MATTERS.

THANKS FOR NOTHING,
DR. MAHSA PARVIZ
-----Dublin Liaison on 12/22/2025 8:02 AM wrote:

>
I see you are at MDC LA now.

An email box has been created so Dublin Class Members can communicate directly with the BOP Liaison.
However, you are still not a Dublin Class Member. You will not receive responses to issues that do not directly relate to the Dublin Consent Decree.

Please share these concerns with your local Executive Team as they are best addressed immediately at a local level.

This email box is not to be used in place of regular PREA reporting. This email box does not replace the BOP Administrative Remedy Program.

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------------------------

Additionally, all allegations of misconduct are taken seriously and forwarded to the appropriate department for the proper disposition via this email.

Thank you.

J. Epplin, BOP Liaison

As a reminder, this email box does not replace the BOP Administrative Remedy Program. This email is not to be used in place of regular PREA reporting. This email box is not monitored 24 hours a day/7 days a week and you may not receive a response for a few business days or may not receive a response if not a Dublin Consent Decree related concern.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Saturday, December 20, 2025 7:54 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, LOS-I-N

To: MDC LA WARDEN
Inmate Work Assignment: N/A

I spoke to Unit Team member Mrs. Turner yesterday (12/19/25) about appealing a 112 dated 12/2/25 & didn't get the BP-10 requested (I tested positive on a UA for my prescription Adderall which was prescribed in October 2025 by Sonny Ham of Mission Community Hospital and then by DTR provider Benjo Tan) - my release date should be 41 days sooner.

I also asked Mrs. Turner to make an urgent PREA violation report to the PREA coordinator although I was later told they were at MDC-LA yesterday (12/19/25). I was raped by Fred Williams, my rehab director, on Thursday morning, 12/18/2025 (LAPD incident report # 25237482 taken by Ofc. Palacios of LAPD Newton Division) & he had U.S. Marshals arrest me because I wasn't willing to have sexual relations with him. I'm on community release until February 2026 and not supposed to be in custody. I want to be released immediately.

Thanks,
/s/ Mahsa Parviz

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------------

FROM: Dublin Liaison
TO: 54652509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/15/2026 03:12:01 PM

An email box has been created so Dublin Class Members can communicate directly with the BOP Liaison. You are not a Dublin Consent Decree Class Member. You will not receive responses to issues that do not directly relate to the Dublin Consent Decree.

Please share these concerns with your local Executive Team as they are best addressed immediately at a local level.

This email box is not to be used in place of regular PREA reporting. This email box does not replace the BOP Administrative Remedy Program.

Additionally, all allegations of misconduct are taken seriously and forwarded to the appropriate department for the proper disposition via this email.

Thank you.

J. Epplin, BOP Liaison

As a reminder, this email box does not replace the BOP Administrative Remedy Program. This email is not to be used in place of regular PREA reporting. This email box is not monitored 24 hours a day/7 days a week and you may not receive a response for a few business days or may not receive a response if not a Dublin Consent Decree related concern.

_____

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Thursday, January 15, 2026 4:36 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, LOS-I-N

To: MDC LA Warden (cc: PREA Coordinator & SIA)
Inmate Work Assignment: *EMERGENCY*

See below 1/15/2026 eCopOut AS I NEED TO BE RELEASED IMMEDIATELY AND MY RELENTLESS ATTEMPTS TO COMMUNICATE WITH THE MDC LA WARDEN AND PREA COORDINATOR AND AN SIA AGENT FOR THE PAST MONTH HAVE GONE UNANSWERED.

PLEASE GET ME ACCESS TO HIV PROPHYLACTICS AND A PREGNANCY TEST AND MISOPROSTOL AND THE OTHER MEDICATIONS WHICH THE LA GENERAL HOSPITAL PRESCRIBED TO ME ON 12/18/2025 FOLLOWING MY RAPE KIT... I HAVE BEEN SEVERELY MEDICALLY NEGLECTED BY THE BOP AFTER I WAS RAPED BY THE DIRECTOR OF LEVEL UP REHAB AND UNLAWFULLY ARRESTED WHILE ENROLLED & PHYSICALLY IN AN INPATIENT REHAB PROGRAM.

PLEASE RELEASE ME IMMEDIATELY AS I CONTINUE TO BE UNCONSTITUTIONALLY DETAINED. My time credits have not been accurately applied towards my sentence. I am a citizen of the Islamic Republic of Iran and I do not wish to remain in the United States of America. It's an absolute shame how corrupt and dirt cheap the Federal Bureau of Prisons and Department of Justice are.

cc: US District Court Clerk

_____/s/ Mahsa Parviz_____
MAHSA PARVIZ

c/o MDC LA (#54652509)
P.O. Box 531500
Los Angeles, CA 90012
E-mail: bparviz@collin.edu
Tel.: (972) 375-1202
-----PARVIZ, MAHSA on 1/15/2026 9:52 AM wrote:

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------------------------------------

\>

Dear Acting Warden at Metropolitan Detention Center Los Angeles,

Yesterday, I was informed by BOP staff that my release date was updated that morning from "no release date" to February 27, 2026. On January 6, 2026, I filed a habeas corpus petition under 28 U.S.C. Section 2241 against you in your official capacity as Warden of MDC LA (filed in paper-form via USPS First Class Mail with the Clerk of the USDC for the Central Distrct of California at Los Angeles).

Specifically, I am raising the following material issues of fact:

(1) UNCONSTITUTIONAL ARREST on December 18, 2025: U.S. Marshals arrested me on 12/18/2025 on the premesis of an inpatient rehab facility, Level Up, 323 E. 52nd St in Los Angeles, CA, whereat I was a patient committed for a 90-day program for about two weeks on the date of the unlawful arrest. Moreover, I had no warrant or new charges. I was on community status and need to be released into the community.

(2) I was taken to LA General Hospital for a Rape Kit and suicide attempt. The US Marshals, on behalf of Federal BOP employee(s) at MDC LA to whom they were intending on turning me over for imprisonment, insisted to medical staff that I not be committed on 51/50 status at LA General Hospital (despite earlier suicide attempt and then-active suicidal ideation) because US Marshals claimed MDC LA purportedly has the same capacity to treat me, whereas IT DOES NOT and commitment 51/50 at THAT HOSPITAL at THAT TIME was MANDATORY. Moreover, I was administered the first doses of prophylactic medication, without which my life is in danger, and MDC LA has refused to administer the HIV prophylactics (when I believe I was exposed to HIV on 12/18/25 when raped by the Level Up rehab director, Fred Williams on 12/18/25 at about 10:00 AM). I need to be released to have medically necessary medical and psychiatric care. While unlawfully detained at MDC LA since 12/18/2025, I have missed a psychiatric appointment with tDr. Laurence Tecott and require to be treated my this psychiatrist with whom I have history.

(3) I have incurred over $9500.00 in expenses/bills related to medical care that Naphcare/BOP has not paid for directly and have forced me to pay out of pocket and I am requesting full reimbursement of all medical, psychiatric, and related expenses

(4) I am requesting that my earned FSA Time Credits be applied in the amount of 365 days credited towards my sentence (the petition was previously approved by FDC SeaTac Warden Israel Jacquez)

(5) I am entitled to 16 days of time credit from the state of texas for serving 516 days on a 500 day sentence dated January 5, 2021 under 18 U.S.C. Section 3585, and under the same statute I am entitled to 1 days time credit from the state of california for serving 1 day in march 2021 rowards a charge in santa clara county, california, which was dismissed. Please credit all of this time.

(6) I was sent to mission community hospital on 12/3/2025 by orion rrc and then that same night to a private inpatient rehab in tarzana, then to level up rehab on 12/4/2025, but the BOP put me on escape status and Orion RRC packed me out at about 7:40 pm on 12/3/2025 and did not allow me to return due to their own errors with administrative records processing. i have suffered severe trauma and expenses and damages as a result and want my 14 days of time credited as i was not an escapee.

(7) i was given a 112 incident report for taking prescription medication adderall prescrbed by sonny ham, np. of mission community hospital - i want my 41 days of good time back for procedural and substantive due process violations

/s/ mahsa parviz
-----PARVIZ, MAHSA on 1/12/2026 7:07 PM wrote:

\>

PLEASE RELEASE ME. I NEED URGENT HELP.

Please see the December 20th, 2025, eCopOut in the chain below. I am NOT doing ok without medical and psychiatric care after I was raped on 12/18/2025 and I HAVE NO OUT DATE AND I HAVE NO WARRANTS OR CHARGES AT THE BOP OR ANYWHERE ELSE.... PLEASE RELEASE ME ON HOME CONFINEMENT OR FIND A LESS RESTRICTIVE MEANS OF PERFORMING BOP CALCULATIONS WHILE ALLOWING ME TO NOT BE HELD IN CUSTODY BECAUSE I BELIEVE I WAS EXPOSED TO HIV AND I AM NOT GETTING HIV PROPHYLACTICS THAT WERE PRESCRIBED AT LA GENERAL HOSPITAL ON 12/18/2025... I'VE TOLD SEVERAL PEOPLE AND THIS IS A LIFE OR DEATH MATTER. I NEED TO BE

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------------------------

RELEASED ASAP.

/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 1/8/2026 1:03 PM wrote:

\>

After the copout to the Dublin Liason, Psychology intern Ms. Potter touched based with me yeasterday, 1/7/2026, and gave me an 800 number that she did not bother to verify... I received this phone number from Ms. Potter for a rape crisis hotline and was directed to ask unit team for a phone call to report the incident of 12/18/2025... the phone number is not in service per Counselor Morales and I did not receive a call... you guys don't have psychiatric resources or medical resources for me. A rape kit was performed and I did not receive my prophylactic medication while I have been here. I don't even have charges or a warrant and have not seen a judge.

Mahsa Parviz
-----PARVIZ, MAHSA on 1/5/2026 6:25 PM wrote:

\>

I had a rape kit done on 12/18/25 at Los Angeles General Hospital and was administered the first dose of prophylactics against HIV, chlamydia and gonorrhea but MDC LOS ANGELES IS NOT GIVING ME ANYTHING ELSE AFTER THE FIRST DOSE I HAD AT THE HOSPITAL AND MY SKIN HAS BROKEN OUT ALL OVER AND I AM LIVID THAT I AM BEING NEGLECTED IN THIS PRISON WITHOUT ANY PENDING CHARGES AND NO OUT DATE UNDER THESE CIRCUMSTANCES AFTER BEING RAPED AT LEVEL UP REHAB LOCATED AT 323 E. 52ND STREET IN LOS ANGELES. Is this "Dublin Liason" role and messaging box just set up so the BOP can pretend like it's addressing the rape culture it has perpetrated throughout the country? I can't message more than one department a day and am able to at least message this box more than once so I'd like the Dublin Liason to DO something. The psychology staff doesn't even know what agency contracts as a Rape Crisis Center and I HAVE BEEN ASKING FOR SESSIONS BUT HAVEN'T RECEIVED JACK SHIT IN TERMS OF COUNSELING OR ANY RESOURCES AND I SWEAR TO GOD I WILL FUCK UP YOUR ENTIRE LIFE AND CAREER IF I CONTRACT SOMETHING AND YOU COULD'VE PREVENTED IT. I'M ALREADY BEING INCARCERATED FOR NO GOOD REASON WITHOUT ANY SEMBLANCE OF DUE PROCESS AND I AM SO SICK OF THIS SHIT.

WHERE IS SIA? I WANT TO TALK TO SIA. THERE IS NO WARDEN HERE. PSYCHOLOGY STAFF IS POORLY TRAINED & I TOLD THEM I WILL BE SWALLOWING BATTERIES SHORTLY AND WAS NOT HELPED. MEDICAL STAFF HASN'T ADMINISTERED MY ANTIDEPRESSANT TODAY AND I ASKED 5 STAFF BUT THEY WERE TOO BUSY DOING CELL INSPECTIONS FOR YOGA MATS. YOUR FACILITIES ARE SO CORRUPT AND ARE FIXATED ON THE WRONG MATTERS.

THANKS FOR NOTHING,
DR. MAHSA PARVIZ
-----Dublin Liaison on 12/22/2025 8:02 AM wrote:

\>
I see you are at MDC LA now.

An email box has been created so Dublin Class Members can communicate directly with the BOP Liaison.
However, you are still not a Dublin Class Member. You will not receive responses to issues that do not directly relate to the Dublin Consent Decree.

Please share these concerns with your local Executive Team as they are best addressed immediately at a local level.

This email box is not to be used in place of regular PREA reporting. This email box does not replace the BOP Administrative Remedy Program.

Additionally, all allegations of misconduct are taken seriously and forwarded to the appropriate department for the proper disposition via this email.

Thank you.

J. Epplin, BOP Liaison

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: LOS-I-N

----------------------------------------------------------------------------------------

As a reminder, this email box does not replace the BOP Administrative Remedy Program. This email is not to be used in place of regular PREA reporting. This email box is not monitored 24 hours a day/7 days a week and you may not receive a response for a few business days or may not receive a response if not a Dublin Consent Decree related concern.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Saturday, December 20, 2025 7:54 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, LOS-I-N

To: MDC LA WARDEN
Inmate Work Assignment: N/A

I spoke to Unit Team member Mrs. Turner yesterday (12/19/25) about appealing a 112 dated 12/2/25 & didn't get the BP-10 requested (I tested positive on a UA for my prescription Adderall which was prescribed in October 2025 by Sonny Ham of Mission Community Hospital and then by DTR provider Benjo Tan) - my release date should be 41 days sooner.

I also asked Mrs. Turner to make an urgent PREA violation report to the PREA coordinator although I was later told they were at MDC-LA yesterday (12/19/25). I was raped by Fred Williams, my rehab director, on Thursday morning, 12/18/2025 (LAPD incident report # 25237482 taken by Ofc. Palacios of LAPD Newton Division) & he had U.S. Marshals arrest me because I wasn't willing to have sexual relations with him. I'm on community release until February 2026 and not supposed to be in custody. I want to be released immediately.

Thanks,
/s/ Mahsa Parviz



