UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAHSA PARVIZ,<br><br>    Defendant. | Case No. 2:21-cr-00293-SB<br><br>ORDER DENYING EMERGENCY MOTION TO AMEND JUDGMENT [DKT. NO. 301] |

    Defendant Mahsa Parviz moves to amend the judgment to terminate her three years of supervised release because she "will be residing in the Islamic Republic of Iran following her release from [Bureau of Prisons] custody[.]"  Dkt. No. 301.  Defendant's motion is procedurally flawed.  Federal courts do not have "inherent authority" to amend a criminal sentence.  *United States v. Barragan-Mendoza*, 174 F.3d 1024, 1028 (9th Cir. 1999); *see* 18 U.S.C. § 3582(c) (courts "may not modify a term of imprisonment once it has been imposed" except under limited circumstances).  Defendant has identified no statutory basis to amend her judgment.  In any event, the request for termination of supervision is inappropriate, as the need for post-conviction supervision is especially necessary in this case.  *See Gonzalez v. Herrera*, 151 F.4th 1076, 1089 (9th Cir. 2025) (noting "twin goals" supervised release:  "rehabilitation and reduced recidivism following release from imprisonment").

    The motion is denied.

Date: January 30, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1